JS 45 (11/2002)

# Criminal Case Cover Sheet     U.S. District Court

| Place of Offense: | Under Seal: Yes ☐ No ☒ | Judge Assigned: |
|---|---|---|
| City: EDVA | Criminal Complaint: | Criminal Number: |
| County/Parish: | Same Defendant: | New Defendant: |
|  | Magistrate Judge Case Number: | Arraignment Date: |
|  | Search Warrant Case Number: |  |
|  | R 20/R 40 from District of _____ . |  |

**Defendant Information:**

| Juvenile: Yes ☐ No ☒ | FBI# 832784JB2 | Alias Name(s): Lori Ann Villanueva |
|---|---|---|
| Defendant Name: Lori Ann Talens |  | Lori Ann Haun |

Address: ▮▮▮▮ Virginia Beach, VA 23456

| Birth Date: ▮▮ 1979 | SS#: ▮▮ 9733 | Sex: female | Race: | Nationality: | Place of Birth: |
|---|---|---|---|---|---|
| Height: 5'03" | Weight: 180 | Hair: black | Eyes: brown | Scars/Tattoos: | |

Interpreter: Yes ☐ No ☒  List Language and/or dialect:

**Location Status:**

Arrest Date:

☐ Already in Federal Custody as of: ____ in: _____ .
☐ Already in State Custody          ☐ On Pretrial Release      ☒ Not in Custody
☐ Arrest Warrant Requested          ☐ Fugitive                 ☒ Summons Requested
☐ Arrest Warrant Pending            ☐ Detention Sought         ☐ Bond

**Defense Counsel Information:**

| Name: Lawrence Hunter Woodward, Jr. | ☐ Court Appointed |
| Address: Ruloff Swain Haddad Morecock Talbert & Woodward, PC | ☒ Retained |
| 317 30th Street | ☐ Public Defender |
| Virginia Beach, VA 23451 | ▮▮▮▮ |
| Phone: 757-671-6047 | ▮▮▮▮ |
| Email: lwoodward@srgslaw.com | |

**U.S. Attorney Information:**

| AUSA: Joseph L. Kosky | Telephone No. 757-441-6331 | Bar #: |

**Complainant Agency, Address & Phone Number or Person & Title:**

Federal Bureau of Investigation, 150 Corporate Blvd, Norfolk, VA 23502

**U.S.C. Citations:**

|  | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. § 1341 | Mail Fraud | 1 | Felony |
| Set 2 | 18 U.S.C. § 1343 | Wire Fraud | 2 | Felony |
| Set 3 | 18 U.S.C. § 1347 | Health Care Fraud | 3 | Felony |
| Set 4 | 18 U.S.C. §§ 981(a)(1)(C), 982(a)(7) | Criminal Forfeiture |  |  |