### RULOFF, SWAIN, HADDAD,
### MORECOCK, TALBERT & WOODWARD, P.C.

ATTORNEYS AND COUNSELORS AT LAW

SHELLEY SWAIN BERRY
ROBERT J. HADDAD*
ANDREW M. HENDRICK
ROBERT G. MORECOCK
KENDALL DREW RASPBERRY

317 30TH STREET
VIRGINIA BEACH, VA 23451

ROBERT E. RULOFF
STEPHEN C. SWAIN*+
JEFFREY T. TALBERT
LAWRENCE H. WOODWARD, JR.

*Also admitted in S.C.
+ Also admitted in N.C.

Telephone: (757) 671-6000
Website:  www.srgslaw.com
Facsimile: (757) 671-6004
Direct Dial Number: 757.671.6047
Email: lwoodward@srgslaw.com

OF COUNSEL
EDWIN J. RAFAL

September 3, 2021

**VIA HAND DELIVERY**

REF: 89083-01

The Honorable Roderick Young
United States District Court
 for the Eastern District of Virginia
600 Granby Street, Suite 200
Norfolk, VA 23510

      Re:   United States of America v. Lori Ann Talens
           Case No: 2:21cr39

Dear Judge Young:

    I have enclosed a letter from my client, Lori Ann Talens, along with several character letters to be considered at her sentencing scheduled before you on Tuesday, September 14, 2021.

    By copy of this letter to the United States Attorneys and the Probation Officer, I am providing them with copies as well.

    Thank you for your attention to this matter.

                        Very truly yours,

                        Lawrence H. Woodward, Jr.

LHWjr:th
Enclosures
cc:   Joseph L. Kosky, Esq.
       Tara R. Gill, Probation Officer

# Lori Ann Talens

## Virginia Beach, VA 23456

August 29, 2021

The Honorable Roderick C. Young
United States District Court
Eastern District of Virginia
701 E Broad St,
Richmond, VA 23219

**Re: United States vs. Talens**

Dear Judge Young:

I am deeply ashamed and embarrassed by the way I have acted. I have no excuse for what I have done. I created counterfeit coupons which generated millions of dollars in losses for several companies. Not only did I intentionally cheat them, but I know I also harmed society through these losses and because of that companies had to increase their prices on products to make up for the loss and it was impacting everyone. I have also brought dishonor to my family by my foolish conduct.

I realize I have served as a terrible moral example of how to act responsibly for my three children. I will regret that the rest of my life. Before this happened, I lived my life with honor and dignity. I took great pride in my reputation. I know that I have thrown all of that way.

I know I failed miserably. Somehow I completely breached the deep-seated morality my parents instilled in me as a child. They taught me to know the difference between right and wrong but I was blinded by my own greed. I am completely responsible for my actions and know I have a serious debt to pay to society.

I accept full and complete responsibility for my actions and stand ready to face the consequences. It pains me greatly that because of what my husband and I have done that my children will be without parents for the foreseeable future. Still, I fully recognize that is the price my family must pay because of our poor decisions.

Your Honor, the crimes I committed reflect a very dark period for me. I can offer no excuses for my behavior. However, I hope you can appreciate that they only reflect part of my life. There is much more to me than the crimes I committed and I greatly appreciate this opportunity to share my story with you so that you might

1

understand who I really am as a person. I also hope that after you know more about me that you may be moved to grant me leniency and mercy in deciding my sentence.

**Background:**

My father Ireneo and mother Melinda first met in Honolulu in 1976 and were married in 1978. My father worked for the Coast Guard for over thirty years and received many promotions while in the service. My mother was a runway model. My father is the only son in a family of eight children, and my mother was the eldest one of ten children in her family. My father had a child named Irene from a previous relationship, but her mother raised her, and I had almost no contact with her throughout my life.

My mother had previously been married to a United States Marine while she was living in the Philippines. She was only 15 years old at the time. My older sister Melissa was born in 1972. While my mother's husband stationed in the Philippines, he acted wonderfully towards her. Unfortunately, that all changed when they moved to Camp Lejeune in the United States. When they got back to the United States, he ostracized my mother from her family back in the Philippines. He also physically and verbally abused her. He raped my mother when she was eighteen and she became pregnant. She filed for divorce and chose to abort the pregnancy.

My parents moved from Hawaii to Oakland, where I was born on December 6, 1979. We did not have any family living nearby, and my father was frequently out on deployment, effectively leaving my mother for months at a time to raise Melissa and I as a single parent. Sometime when he left, I would cry not understanding why I could not have my father around as other children enjoyed.

My father and mother had a very close and loving relationship, but the distance and requirements of my father's job sometimes made family life challenging. My mother worked as a cashier at a local grocery store to keep herself busy and make extra money for the family. My brother John James was born in 1982.

Religion played a huge role in my life. We attended church as Seventh-Day Adventists and I began attending Sabbath School at a young age after church services. As I got older, I participated in group sports and activities during Wednesday and Friday bible study sessions as well.

**Early Education:**

We moved to Fort Belvoir in Virginia in 1985, where I began attending elementary school. The transition came easily because my paternal grandmother  Phoebe, and

aunts Violeta and Helen, began living with us. My father sponsored them to become citizens of the United States since we come from a Filipino culture deeply rooted in taking care of family. Virginia also had a sizable Filipino community and a large Seventh Day Adventist church as an excellent support system. I performed well in school, making Honor Roll and the Principal's List.

I shared a room with my grandmother and enjoyed being around extended family for the first time in my life. My grandmother and aunts served as my caretakers during my father's deployments and when my mother worked. My mother took on two jobs as a cashier to help pay the bills and to distract her from my father's absence which frequently lasted as long as six months at a time.

My sister Melissa began rebelling at the age of fourteen. At that time, I was 7 years old. Melissa insisted that she wanted to meet her birth father, who she had not seen for her entire life. My mother relented and sent her to stay with her father for the summer. Sadly, he molested and raped her during this visit, taking her virginity. My mother had no idea he had also molested his two children from a subsequent marriage. He ended up going to prison, but that was little solace to my sister, who never recovered from these incidents. I could not understand why my sister's personality had changed so drastically. I felt confused and abandoned by her. She spent the remainder of her teenage years running away from home, with my mother calling the police to help find her and she moved out by the time she was 16.

We moved to Virginia Beach in 1985, and I switched schools. I initially felt timid but quickly came out of my shell and adapted. In third grade, the school system wanted to put me into an English as a Second Language course. This was because I spoke broken English and began performing poorly in writing and reading comprehension. This made me feel very insecure. My family spoke Tagalog and Ilocano in our home as my grandmother and aunts tried to learn English. The confusion of all the languages made things very difficult for me. Fortunately, my parents then began speaking to me only in English, and I quickly caught up with the rest of my class. Eventually my grandmother and aunts moved out on their own as my parents sponsored my maternal grandmother for citizenship, and she moved in with us until 1989.

We moved to Sitka, Alaska, in 1989. In fifth grade, I resumed making Honor Roll and joined the dance team and school band, playing the flute. There is where I learned to love the outdoors by hiking, fishing for hours with my dad and digging for clams.   I learned to cook and gut the fish starting at the age of 9.  We stayed there for 3 years and I loved it. We were active as a family in the Filipino community and performed in parades and senior living homes and local theaters performing Filipino Folk Dancing. We offered classes to all ethnicities for free at the schools

and were featured in the local newspapers every year.  This is where I learned to volunteer in the community. I also had my first job by 10 years old babysitting the neighbors kids in the military housing unit and had about 6-8 families that would hire me to babysit as we all lived in connected townhouses. My father tried starting his own printing business at home making business cards with photos on it made from gloss paper.  He was so enthusiastic about it he asked me to help him talk to my schools.  I was in 6th and 7th grade at the time and I saw his passion and believed he would do great as they say people are less likely to throw away a business card with your photo on it.  So this is where my roots started on marketing and promoting custom printing.  His business cards and trading card business was seeded and I started practicing my sales to my friends, team coaches, and the schools.  Though his business did not flourish, I believed in him and wanted to help him as much as possible.

We next moved to Hawaii, where I attended eighth grade. I did not want to leave our life in Alaska and go through the hassle of starting over in a new school and environment. I began playing volleyball, and continued playing the flute. I also went to Band Camp while in Hawaii.  I kept trying to fit in but did not have a chance to make many friends as we lived there for only one year due to my fathers promotion we had to transfer.  I found comfort in having my first boyfriend. I had to keep the relationship secret from my parents because they would not have approved. I had a job during the summer and after school to babysit for a family that also transferred from Alaska in which employed me previously. I was also active in a therapy counseling group for military children in my school. I took advanced classes and got honor roll. Then we moved to Marinette Wisconsin.

Adapting to Wisconsin in 1993 was highly challenging because we were the only Asian family in the community. I had always felt a bit different because of my religion, but chose to rise to each challenge and prove myself by excelling in school and activities. However, I now experienced overt racism for the first time. People would and adults went out of their way to make nasty comments. One elderly couple even derogatorily called me "Lady Chink" while I walked through the mall.

The experience was scarring and left a lasting impression. In Hawaii people are proud to be Pacific Islanders and Asian and my new environment I was being shamed for my race and experienced prejudice derogatory misconceptions.  I became very isolated and threw myself into my studies at Marinette High School. I also joined the Pep Team and marching band, Pom Pom Dance Squad, and practiced the flute three-to-four hours a day, finishing second place in a Regional Championship in Ohio as a soloist.

My father's career excelled while we lived in Wisconsin. He received several promotions and a presidential commendation for his service. Newspapers

4

nationwide even featured him for his rapid advancement and I was so proud. However, he saw and understood our family's extreme discomfort and pressed for a redeployment.

**Returning to Virginia:**

We moved back to Virginia Beach in 1994 and my father was deployed up in New York. He would drive home on weekends to spend time with the family. The work and living arrangement put a strain on the family, but we were once again living around family, in a solid Filipino community, and near a Seventh Day Adventist church we could regularly attend.

I developed a strong work ethic since the age of 10 years old and watching my parents as role models. My father's dedication to his career was inspiring and my mother's hard work at odd jobs left a clear impression on me.  I began working the day I turned fifteen and a half, the first day I could and got a workers permit. My first job was Burger King and left after a month because Wendy's offered me 25 cents more an hour.  I started at Wendy's, but my hours were limited because I was a minor. So, in order to make more money, I took on an additional job at Spinnakers as a hostess. During the summers, I took on a third job at a make-up store called Meryl Norman.

After high school I also took 600 hour course in massage therapy, while working for a Chiropractor as their office manager and later became a therapist there post certification at Edgar Cayce School of Massotherapy.  I also worked at Suncom AT&T, where I learned I had a real knack for sales winning top performing sales in the nine state region as a part time representative.

I initially stayed heavily engaged in school. I earned high grades, joined the Filipino Social Club, became a librarian assistant and the swim team manager. However, I began to fall in with the wrong crowd. I wanted to hang out with the popular kids at school. I felt mainly influenced by my cousin, Cheryl. I lived and shared a room with her for 4 months as our house was being built. She is one month older than me and I longed to be her friend and join her social group as she was one of the most popular girls in high school who dated one of the most popular guys in school because her boyfriend was a rich drug dealer.

One day, when we went to the mall, Cheryl and her friend shoplifted from a local store. I initially refused, but they threatened not to allow me to hang out with them and their social group. So, I shoplifted a mens cologne bottle she asked me to grab so she can give to her boyfriend. To this day, I am ashamed I lacked the courage to choose a different path, but the peer pressure was just too much. I desperately wanted these friendships to work and did not want to be rejected.

My slide into serious delinquency accelerated when I began dating Alfredo in which Cheryl introduced me to.  He drank, smoked, was a runaway from home, and smoked marijuana. I started doing the same thing. He was expelled from school and ran with a local gang. For me, this relationship felt exciting and daring, especially considering the sheltered life in which I had been raised and I wanted to be like my cousin Cheryl and have a popular "bad boy" boyfriend too.

My father's lengthy absences made it easy for me to hide all this from my family and left me rationalizing my behavior. I began skipping school and spending all my time with Alfredo, who began being controlling. He cut me off from my female friends. I barely graduated from college in the face of this overbearing relationship.

During high school, I also developed a passion for repairing and remodeling cars. My father always raised me to be independent and repeatedly told me "Do not go for the guy with fancy car, you be the woman with the fancy car and a power suit." So I strived to make him proud and have that fancy car.  I could do everything from a masking and sanding paint to prep for a new paint job and detailing and pressure washing the engine.  I learned how to renovate exteriors to make them look brand new. I saved up money to upgrade and customize my car to enter  and compete with it in auto shows for trophies and recognition.

I entered my first car in an auto show at the age of eighteen. Many people mocked me and thought I would be completely wasting my time, including my mother. However, my car won an award. I earned recognition from sponsors who wanted to sponsor me in future events and people interested in having me model for their calendars and magazine. I began regularly attending the Auto Show circuit and developed a career as a spokesmodel. I started locally, expanded regionally and eventually got hired for shows in Florida, New York, Las Vegas, and all over the United States.

**Early Career:**

At seventeen, while working at Wendy's, a lady came through the drive-thru and gave me her business card. She offered me an opportunity to work as a lingerie store. I had no idea what to expect and thought I might be interviewing at a clothing store. I showed up and uncomfortably learned that the position involved modeling lingerie in private shows for men. I had a gut reaction to walk away. However, I also felt intrigued by this next step in rebelling against my parents, especially after learning how much I could earn. I had my first experience of modeling with lonely, older men objectifying me.  I worked there part time for a few months and quit.  I wanted to pursue working at AT&T instead and be able to focus on my car show touring schedule and modeling for magazines and vendors.

Alfredo became very jealous of my new career modeling at car shows and all the attention I received and didn't want me to model. Alfredo became more and more psychologically abusive. He would do things like punch the wall next to my head, shake me and speed the car as he drove, threatening to kill us both. I broke up with him to pursue my dreams and advanced into spokes modeling. I had a successful career and my family was very proud. I was featured in over 30 different international magazines. I also was featured on Spike TV in which they did a feature segment on me and my car and I was featured with my car in an International Magazine called Euro Lowrider. I made a lot of money working on weekends as magazines paid me $300/hour for my photoshoots. I also got to keep all my proceeds autographing the calendars, posters, and magazines I was featured in offering signatures for $5 - $25 each and taking pictures.

Over time, I began to receive more offers than I could handle. So, I saw an opportunity to become an entrepreneur as well. I earned commissions helping people place sponsors by designing their press kits. I also opened a company named IEC Modeling to help women learn how to become auto show models, earning a fee each time I booked them for a job.

In January 2003, I returned home to Virginia Beach after a modeling event. I was feeling lonely and distraught after a break-up with a boyfriend. I had been living with him while paying all his expenses, including education, only to have him steal $60,000  that summer from me on a car show event I held in the Virgina Beach Convention Center that I had paid for.  We had over 10,000 spectators and he had the funds wired to his personal account instead of my business account.

I went out for the night with friends and bumped into Alfredo. He went into full charm mode and caught me in a susceptible moment. I fell into his arms on the rebound as he promised he would no longer be jealous about my career.

**A Rocky Marriage:**

We began talking again in February of that year and started dating in March. He convinced me to stop taking birth control pills  saying the pills changed my attitude and put me in favor of spermicidal tablets.  I ended up getting pregnant in April. My religious beliefs had me dead set against abortion, and my parents would have been furious if I had a baby out of wedlock. So, we got married in July, and our son Armando was born in December of 2003.

Four months later, we moved in together. As we began moving furniture into our home when I discovered spermicidal tablets scattered everywhere along the carpet

7

under the bed. Alfredo insisted he had to put the tablets inside me so that they would get in deep enough to be effective. He lied to me and never inserted a single one. Alfredo never truly supported my career and wanted to control me and root me down with a baby. He also thought the pregnancy would ruin my body, so I would not be able to model again.

I was furious and confronted Alfredo, who then guilted me by saying, "so, you're not happy to have our baby?" That calmed me down because I loved Armando and felt happy to be a mother. However, it also made me realize how foolish I was to get back together with him. I trained harder than ever and got back into shape. I began winning bikini contests again only four months after giving birth.

Alfredo began abusing me the first day I came home from the hospital birthing our son 3 days after my c-section. He felt safe doing so because my parents had been vacationing in the Philippines. Alfredo began shoving me and treating me like property again almost tearing my stitches. He also emotionally battered me. He constantly belittled me, and I started feeling insecure, dependent, and trapped even as my career and modeling company recovered and continued to be successful. I coped with the stress by drinking heavily and using marijuana to excess almost daily. Marijuana became an addictive habit that would last me the rest of my life.

Alfredo graduated from verbal to physical abuse. He started to beat me, throwing me around, and putting me in headlocks. The episodes were always the same. Alfredo would abuse me then saying how sorry he was, begging for my forgiveness and telling me that he would change. However, he never did. I hid my bruises and cuts with make-up and clothing.

I secretly began going to Samaritan House seeking support to remove myself from the relationship. Alfredo's mother found out, and so did one of his aunts. They tried speaking with me about it. They told me I must have done something to make him angry and that I should keep things quiet. I called the police after one incident, and Alfredo's mother and aunt convinced me to drop the charges. This repeated several times. I finally found the courage to separate from Alfredo when he began abusing our son, Armando.

Unfortunately, Alfredo convinced me that we could still cohabitate together and raise our son. The final straw with Alfredo occurred after I signed a $90,000 modeling clothing line contract to tour with a wealthy couple at car shows. Alfredo went out with some of his friends who whipped him into a fury, telling him I would have an affair with the husband of the couple who hired me. Alfredo returned home drunk and beat me for two-and-a-half hours with our son right there on the bed. At one point, he even tossed Armando to the edge of the bed. He smothered me with a pillow and my body was bruised it looked black after a couple days.

8

I filed criminal charges and he self surrendered pleading guilty. I needed to be out of the relationship. Before he turned himself in, Alfredo called my father to try to explain what happened. Alfredo claimed he "did it again" and asked him to come over that I needed him and that he will turn himself to the cops.  In court his story was different. He claimed he blacked out and remembered nothing. I stood my ground and refused to back down and got a 2 year protective order. Alfredo surrendered himself to the police and ended up pleading guilty to assault. Unfortunately, he got what he wanted. I lost the modeling contract.

**The Next Phase:**

I built a printing business to complement my modeling agency. I still modeled but much less frequently and I sought out other ways to support myself. Alfredo dragged out our divorce by missing several court dates and by just being obstructionist. In late, 2008, he finally agreed to the on the condition that I gave him a half interest in all my businesses. I agreed and then shuttered the companies one day later. I suffered a significant financial loss as a result, but it was well worth it to have him out of my life.

I began working for Verizon Wireless, picking up where I had left off in high school. I did very well. I broke sales records at the store and then in the region, which resulted in me being placed in a corporate position. I skipped five quick promotions in a short period and went from retail sales to corporate. I later took another job with higher earning potential at AT&T wireless working the same position in Business Sales.

In 2009, I began dating Pacifico. We knew each other back in high school as we were introduced by Cheryl and he was best friends with her boyfriend. But back then we became friends but never dated because he was a gang member of I.T.B. "Island Trouble Boys" and he was too much of a "playboy" in high school with the girls and I was a virgin when we met.  It also intimidated me that he was stabbed back then about a dozen times when he attacked someone for fun with his friends.  Pacifico had just recently divorced as well and seemed utterly broken. I felt compelled to help. I thought I could fix him.

Pacifico's divorce stemmed from an embezzling case against him and his ex-wife in which they both stole over $100K from her employer Port of Norfolk.  She worked payroll and would write out checks payable to Pacifico and herself.  He blamed her for the divorce and played victim, and unfortunately I believed him. I should have known better since Pacifico, like Alfredo, did drugs and ran with gangs back in high school. However, I thought he had changed. I offered to lend him money to pay off

debts and took over his car and cell phone payments since I received a preferred rate working at AT&T in corporate sales.

Pacifico and I married in December of 2010. The marriage was hasty because Alfredo tried to put a child custody restriction on me for having a man over the house after 8 pm. My solution to that problem was to marry Pacifico since we were already dating exclusively and living together. Much to my dismay, I soon found out that I had simply traded on abusing husband for another.

Here's one example. I was a huge Minnesota Vikings fan and Pacifico lifelong devoted to the Washington Redskins. We attended a live game between the two, and I cheered loudly when the Vikings took the lead. Pacifico got upset and left mid-game, leaving me alone in the stands the rest of the game.

I found him later in the parking lot angry and drunk since his team had lost. He acted out in front of his friends, telling me I needed to know when to shut my mouth. He took a swing at me, and I leaned in to block it with my shoulder since I had taken defense classes after my experience with Alfredo. I then instinctively swung back, slapping him hard on his face. I had a huge bruise on my deltoid after that.

Pacifico and I reconciled after the fight, and I got pregnant a few months later. Our son Pacifico III was born on Halloween 2011. Pacifico had settled down quite a bit during my pregnancy, but he quickly grew resentful parenting a newborn. We did not have money for babysitters, and he loathed full-time parenting.

Pacifico frequently came home drunk and trashed the house to lash out at me. He did not get physically abusive because his parents kept him in line after the last time he punched me. Unbeknownst to me at the time of my marriage, Pacifico physically abused his first wife. Pacifico's parents did their best to ensure it would not happen again. However, he would destroy everything that I worked so hard to pay for or of value to me and threw things at me. For example he smashed premarital assets that were my 70 inch and 65 inch LED TVs and my dresser mirror and the smashed the hood of my show car that I spent over a decade building.  He'd also fake punches to make me flinch or lean in as I passed in the hallway to shove or bump me. He even put fake charges on me to use as leverage to make me drop charges on him.  He said "I will drop charges if you drop the charges".

I got regular bonuses at work and jumped from Verizon to AT&T to earn a better salary. After AT&T I went to Cox Business and I became the region's top salesperson through networking.  I decided to join the Chambers of Commerce of Asian and Indian communities, helping them fundraise for crisis and disaster relief.

I would also organize dinner banquets to raise money for them as well. I later moved on to Windstream, a data solutions and telecom company focused on fortune 500 companies and school districts.  They approached me while I was working for Cox Business and offered my a higher position and double my salary base with a "No Cap" commission bonus.  At cox I had a limit on the maximum commission I can earn so I left Cox and immediately started at Windstream working as a Senior Account Executive III.

I separated from Pacifico in 2014 and intended to filed for custody & support of our son.  Just as I always did, I escaped reality by spiraling into daily use of marijuana to escape my problems. After I filed, Pacifico went into charm mode and convinced me to drop it claiming things would be better if I did not work, converted catholicism to appease his parents,  and would let him be the sole breadwinner for the family. Although that cut our income down from over $110,000 a year down to $40,000, but I wanted to have a happy family life and though we could make it work. I was on medical bedrest with our daughter and had a high risk pregnancy. We almost lost her a couple times and I needed progesterone shots to keep from miscarriage.

I also agreed to convert to Catholicism and spent eighteen months in services and events at the Holy Spirit Church, donating time to feed the homeless and work at halfway houses. We took the children to church and Sunday school and involved them in swimming, art, and dance classes.

I got pregnant in 2014 and had our daughter Leilani in 2015, only to discover that Pacifico still had a mistress named April Martinez.  She was upset about our reconciliation and pressed charges on me which were all dismissed.  I felt so frustrated, helpless, and alone, trying to make ends meet as a homemaker. So, I began extreme couponing using the same competitive spirit that made me successful in the past. I saw it on TV while I was on pregnancy bed rest and decided to self teach myself.  I would legitimately get such things as a year's worth of detergent for mere dollars and free toothpaste for months. We even went to a midnight sale after my daughter's birth just to catch a major deal.

Pacifico tore his Achilles tendon in October 2015 and couldn't work for a year. Our family had to go on Medicaid and other governmental support. Pacifico then got laid off for an additional six months once he could go back to work, leaving our family in a dire financial predicament.

Pacifico was extremely jealous of my success. He worked as an electrician at a shipyard and made less money than me. He was so spiteful that he would even call my employer and try to sabotage my job. I stayed at Windstream for less than one

year. They let me go when Pacifico filed a false charge against me to get me
arrested.


**My Crime:**

I became a Facebook Administrator for a Legitimate Coupon Group that I created
with the goal of trying to share savings and sales deals with other coupon
enthusiasts in Hampton Roads called "757 Couponing Brags and Deals". My goal
was to help teach others how to shop effectively and save money at the same time. I
also became friends with someone else who also administrated a local Hampton
Roads coupon group on facebook. Through social media she learned that I had
graphic designs background and means of printing with my business and she later
recruited me to create fraudulent coupons for a group she was in. I had not known
about fraud coupons until she slowly introduced me to it. She at first tricked me
into altering fake coupons for her and then showed me "it worked" and how she
used them. I thought she was just testing my graphics ability at first.

This opportunity appealed to my creative and competitive nature, reminding me of
times when people told me I could never be a model or successfully run a modeling
agency. The coupons she originally sent me looked horrible and fake. I knew I could
do better. The ones I created were almost flawless. The owner of the secret group
added me to her team of editors to fix her database of fraudulent coupons that she
had been creating, collecting and distributing for over a decade. I had to pay
monthly dues to be in this secret group on Facebook and paid her via paypal to have
access to hundreds of her fake coupons.

In 2017, I got recruited into a secret group operating on the Dark Web. I later self
taught myself how to create false bar codes making my services more valuable. I
began offering my coupons for sale to admins of these fraud coupon groups who did
the actual selling, screening of members, and splitting the profits with them. All of
the groups screened the members to make sure they were vetted and experienced
fraudulent coupon users. They had to show proof they actively use fraud coupons
with receipts and go through screening processes. Each group had hundreds or
even thousands of coupons in it that pre-existed for years and I was amazed this
world existed which cut the legwork of finding deals and making it easier to get
cheap or free products. I downloaded as many of the files as I could onto my
computer. One group in particular had the largest database I ever seen. Every
coupon imaginable was in the drive. The owner appointed me to be in her editor
group which had over a dozen graphics artists who designed and created fake
coupons. Since I was new, I assisted them in editing dates on the coupon. She had
a large client base and we all had to pay monthly dues to have access to these files.

The group owner asked me to be her spy and to get membership in other rival coupon fraud groups.  These rivals used to be partners with her in her main group and they left and started their own groups due to drama.   She said she would pay my membership dues for these groups and waive my fee in hers in exchange for my loyalty to her and recruited me to become her spy.  Since I was new to the community people wouldn't think I was spying for her and would accept me in their paid groups.  I agreed and I ended up joining dozens of groups as her spy.  My job was to see if anyone had her files in their folders and I was to report back to her. My perk was I got free membership to these other group and had an even bigger database of fraud coupons that I could use if I wanted to for personal redemption.

I shared news of what I was doing with Pacifico. His initial reaction to my activities was, "I'll believe you when I see the money. Or buy me this and buy me that." He later pressured me to do more and spend the money on him. He would otherwise be mean and drunk and cold if I didn't give him what he wanted. This is no way excuses or justifies my actions. I was the one who helped create hundreds of counterfeit coupons over the years and engaged in illegal activity. I share this just so your Honor can understand part of my mindset at the time this all occurred.  I made the decision to download all those files from all those groups onto my computer and am guilty of being in possession of those group files.

I used my newfound skillset to design a few dozen coupons and mass printed it on professional paper through my e-commerce website.  This made me look professional with my creation as others in the groups simply printed their coupons at home.  My clients wanted the professional look and since it looked and felt like the real thing I was nicknamed Masterchef.  My e-commerce website it is exactly like vistaprint.com.  I do not own the printing press.  It is owned by PrintingInABox.com and I paid them $50 a month for my e-commerce website to get wholesale rates on printing and design team access.  They are based out of Florida and that is where all coupons manufactured are sourced.  People can upload files and mass print it.  I printed in 500-1000 increments.  I believe I created a few dozen printed template designed  & printed coupons  over the past few years. I  have cooperatively gave full access to the Federal Agents of my site on the back end so they can see exactly which ones were of my creation to separate my designs from the thousands of files that were gathered from other sources on my computer.   I sold them via custom order to experienced and vetted fraudulent coupon admins and experienced members of these groups online.   I then would ship them via USPS after they placed the order through me or their group admins. If it was an admin they would take their percentage from sale and send me the rest as I gave them a "broker/ reseller" rate.
I had my group on skype and telegram.  I also had my own team of editors/coupon makers who I gave them free range to design and make coupons to make a database for my paid member group and gave them printed coupons for their time.

Some of the people I worked with on the Dark Web sold marijuana vaping products. As a result, I discovered a new, easier, and more efficient way to get high. I grew more addicted to potent marijuana products and was getting high daily. I bought marijuana products in bulk, usually at about $1,000 at a time.

I also was ineligible for medicare benefits in 2017 when he went back to work and when I started to make an income and I should not have let it renew.  At the time my husband did come and go as he pleased in our marriage and we did sleep in separate rooms for 2 years because of his hostility towards me at the time.  He helped with the household income  when he was there and I did not disclose that info when renewing and am guilty of this.  He was well aware of what I was doing as he did not put me or the children on his healthcare insurance so he could have a bigger paycheck.  We both made that decision and I regret doing this. I took advantage of renewing my benefits when others could have used the benefits for their families.

**Conclusion:**

I know that the path to reconciliation starts with being committed to making amends for my behavior. I also hope to someday find a way to repay the companies from whom I stole. As part of my commitment to this goal, after I was indicted I started school and have become nationally certified as a caregiver by the United States Veterans Administration. I started working Uber Eats and delivered food when I could and I was caregiver for my roommate who is 100% disabled veteran.  I wanted to prepare myself to be a great caregiver for my parents one day.  I was raised to take care of our elders and not put them in retirement homes.  That way I can earn a living through caregiving and still be home with the kids especially with the covid pandemic.

There was a point that I did want to quit this industry.  I hired a mentor to teach me new trades and skillsets with cryptocurrency and I started spending less and less time on coupons.  As one of my mentors used to be a hacker and now his career is a security expert protecting companies from hackers. I kept submerging myself more to see what flaws are in the point of sales systems and coupons.  I felt like if I can create something that can do the opposite that it may be a good career move. The market crashed and I had lost almost all my savings and I ended up trying to recoup my losses and stayed in the fraud industry but at the same time I was learning how to trouble shoot point of sales systems trying to figure out weaknesses in the systems.

As part of that commitment to make amends, I offered to guarantee that this is a life I never want to turn back to and offered to volunteer and help these retailers end coupon fraud with the inorganic data string I created that worked nationally but was unable to be read or decoded by other devices. This would make it harder to replicate. I also wanted to make a guide for cashiers to spot fake coupons since I was a master and spotting fakes. I have also found solutions to end coupon fraud if I could work with the security systems team to show them all the weaknesses in their systems as each retailer is different. Since I also have over 20 years experience with printing and graphics I also was offering to help with strengthening coupon security features. This would bring an immediate halt to the ability to do coupon fraud. Basically I would be shooting my own foot and helping the companies that fell victim have a more reliable coupon system. I do understand that this kind of implementation would cease tremendously the use of fraud coupons and would interfere with ongoing cases so I whenever ready I would like to give back to the community and companies and share my time to volunteer and give back in this form. I have absolutely zero interest in returning to my past life of darkness. I only have interest in making things right. If I can help save the companies hundreds of millions of dollars every year with my assistance I can only pray I can be upon society's good graces and maintain that path indefinitely and bring honor back to my family name.

Currently I have been continuing education on my own gaining more certifications and am volunteering at the Christian Resource Center. I created a handbook to help Minorities learn about becoming SWaM certified and how to apply since my small business was SWaM certified and I had won contracts prior to my daughters birth attaining government, U.S Navy military, and Virginia Department of Education contracts with Strategic Marketing and Printing. I want to help strengthen the community and small businesses succeed and be knowledgeable about RFPs. (Request for Proposals) and how to do this for free. I just finished my handbook and am scheduling my first class after Labor Day.

I knew that what I did was wrong. When I was finally confronted about my actions, I quickly pled guilty and have been cooperating extensively with authorities to assist in any way possible. I am currently assisting with well over a dozen cases and I assisted CIC with their most wanted list. I will continue to be ongoing with my cooperation in the future to assist. While I am in prison, I plan on participating in continuing education courses and doing anything else that is possible to prepare myself for life after incarceration. I also hope to seek treatment in prison for my significant marijuana addiction.

I know I committed a serious crime. I also know that I must accept the consequences. I knowingly cheated companies and earned thousands of dollars that

did not belong to me. I was blinded by greed and the need to feel successful, even if that success was based on lies.

I have deeply and profoundly embarrassed my parents, who did their best to raise me and teach me to be on a respectable and moral path. I have permanently harmed my children, who will be raised without a parent in my absence. I will never be able to forgive myself for hurting my family this way.

Your Honor, I recognize that my crimes were reprehensible. I need to begin the long road back to being a productive member of society. I know it will be a long journey. I am prepared to begin. The first step on that journey is full acknowledgement of my crimes as well as the flaws in my character that caused me to commit them.

As I prepare to hear my sentence, I am focused on personal growth and making things right. I will never return back to my darkest days or my self-destructive behavior. When this is over, I will look for and find new ways to make a positive contribution to my community.

I want to use my story to help other people avoid my mistakes. I hope my case serves as a warning to anyone who rationalizes illegal conduct during a time of personal difficulty. I've lost my reputation. I've lost the respect of my community. I harmed my own family and disgraced their good name. That shame and stigma will follow me the rest of my life.

Your Honor, I accept full responsibility. Thank you for considering all I've offered through this narrative. It was important for me to show you that I am more than just the crimes I committed. I hope you will find me worthy of leniency.

Very Respectfully,

Lori Ann Talens



**Christian Way Ministries**
— Leading God's People to the Way to be Saved —
Acts 16:17

September 04, 2021

To: Honorable Roderick C Young United States District Judge

Subject: Character Reference Letter

My name is Pieri Burton, I am associate Pastor of Christian Way Ministries in Virginia Beach, Virginia. I am writing this character reference letter for Mrs. Lori Talens whom I have had the privilege of knowing for over (20) twenty years. Lori has always been a bright eyed, spunky entrepreneur who would give the shirt off her back to anyone in need. She has chosen to volunteer her services at our Christian Resource Center where she will be helping other small business owners become S.W.A.M certified, a much needed teaching in our community.

I was made aware of her recent transgressions in which she has spoken lengthy to me about. She has confessed to me her serious lack of judgement and exhibited and expressed both remorse and a strong desire to address the personal issues at the heart of the matter. As her friend, I have been aware of many of the struggles that have surfaced in her life. Prayerfully, through Christ and the holy spirit she is able to rectify and transform into a new creation as 2 Corinthians 5:17 states. (Therefore, if anyone is in Christ, the new creation has come: The old has gone, the new is here!

Lori has thus far shown a steadfast and resolute demeanor in moving past this mistake in a constructive and successful manner. It is my hope that this letter regarding Lori Talens act as a positive and contributing factor when the court considers this matter.

Sincerely,

Pieri Burton
Associate Pastor
Christian Way Ministries

549 Newtown Road, Virginia Beach, VA 23462; Email: cwministries@icloud.com; (757) 278-6460; www.road2thecross.org

Mrs. Colette LaCompte
Lieutenant, USN ret.
                                    a Beach, Virginia 23453
(757)
                                    m

Honorable Roderick C. Young, United States District Judge,

I have been a Virginia Beach resident since 1984. I own an investment property in Virginia Beach and I am children's book author.  I am disabled veteran who served in the U.S. Navy for 20 years. My daughter is a student at Virginia Commonwealth University. My husband is currently stationed at Dam Neck Naval Base. My husband has served in the U.S. Navy for over 20 years.

Lori Ann and I have been friends for more than 30 years. We attended elementary and High School together. Lori Ann and I kept in touch regardless of our Fathers active duty military schedules.  Lori and I were able to maintain friendship despite my frequent deployments, college life, & graduate school schedules. We didn't need to talk everyday or even every week but I always knew that I could count on her to support me when I needed her. It is difficult to maintain friendships during active duty military service. I deployed on several warships over the course of 2 decades. Lori always knew how and when to be a source of comfort and kindness during this period. She helped me by attending several networking events. I was able to acclimate back to civilian life with her assistance. We've participated in most of our life's major milestones together: weddings & births. She even did my daughter's prom makeup.

We spend the majority of our time together cooking for each other. Our homes are a quick 7-minute drive. I can escort my god children to the bus stop or we can jump in each other's pools with ease. She could walk in to my house and start cooking or washing dishes and vice versa with comfort.

I know Lori Ann to be a leader in my community. She was the president elect of the Filipino Cultural Center. She's cultivated and maintains friendships that last the test of time and inspire loyalty. She is very generous and altruistic, helping people in difficulty. She knows how to listen and understands how to make others feel heard.

Lori is a longstanding member of Holy Spirit Catholic Parish. She volunteers time and energy to the church on a consistent basis. She is good-hearted and charitable with everything she is and has.

Lori is a devoted parent. I am Enzo and Leilani's god-parent and I was a participant in their baptismal rites. She loves her children with every ounce of her being. She has always been a devoted daughter, mother, and friend. She has always dedicated herself to her family and her friends.

Thank you for the opportunity to write this letter. I am available at any time to confirm any of this information.

Sincerely,

Colette LaCompte

To: The Honorable Roderick C Young

    United State District Judge

Re: Character reference for Court

Dear Judge Young,

My name is Raquel Bopp and I am writing in reference to the case with that involves Lori Ann Talens.

I have personally known Lori Ann for the past 7 years.  I believe I am in position to speak to Lori Ann's moral character, so I hope you will take this letter into account when making your decision.

Lori Ann Talens in summary is a great person and an excellent friend.  She has been one of those person that no matter what is there for you.  She is a person with integrity and really makes a great effort to act correctly at all times. Since, knowing her she has always been kind, generous and devoted to others. Lori has a strong sense of duty, which applies to family, and community.  She is a wonderful mother and always has done what is best for her children and family.

I can truly understand how difficult it is for you to make a decision like this when you do not actually know the person standing in front of you.  I trust in God that you will look at my letter and all the support that the family and friends are trying to provide you.  Please, understand that Lori is the kind the person around whom people want to have around in their lives.

Thank you

Very Respectfully,

Raquel Bopp

Melissa Ann Gardiola

........inia Beach,VA 23462

Your Honorable Roderick C. Young, United States District Judge

My name is Melissa Gardiola. I am writing this letter on behalf of my Friend Lori Ann Talens.

I have been Best Friends with Lori Ann Talens for over 1 years.  We were each others maid of honor and I was also her sponsor when she converted to Catholicism. I watched and mentored her for over 18 months as she attended over 6 hours a week of bible study.  She is one of my best friends and I am one of hers.  I am the godmother of all three of her children and she is the godmother of my son.  I write this letter so that I can share my confirmation on her since I know her personally and interacted with her regularly throughout the years. Lori Ann has always been an individual that I have looked up to. I have only known and seen Lori to be a reliable and trustworthy individual who has always carried herself with respect and always willing to help and to give to those in need and those whom surround her.  Loriann has in the past made many contributions to both her church not only monetary but with her time volunteering and donating items to women and children shelters. We both have worked together numerous times helping feed the homeless at Holy Spirit Church.  I also see her passion when she would do promotions at local restaurants and bars spearheaded by herself and her former business Strategic Marketing and Printing, she would host local food drives and toys for tots to donate to Samaritan shelter in which I would assist and promote with her.  All these wonderful qualities may not seem like the character that has recently been portrayed but I can assure and attest that they have never left but have been put to the test and LoriAnn has had an internal battle that recently she has been on the losing side of.

It saddens me to see my friend's world spinning out of control by her own hand but my faith in her has been restored.  Lori Ann is remorseful for her actions and upset at her actions realizing that she not only lost herself, but that her victims, as well as her family, and friends have all been affected by her choices and lack of judgment.  She has done a lot of self reflection and realized that any struggles, including depression, marital issues, financial issues, and family issues were all things that she needed to seek spiritual guidance for. It brings me great joy to see that in this current moment she has sought after that spiritual guidance turned to God and has looked to find inner peace.  Over the years she has been depressed from her abusive and failing marriage in which 2 years of it 2017-2019 they slept in separate rooms and she had excessive weight gain.  I have witnessed her let go of her toxic and demeaning marriage and has not only turned to God, but has taken a healthy journey in making herself healthy.  She could have coped in a toxic way, but she decided to reform her ways by getting healthy for herself and children.  She made a goal to workout regularly and eat healthy and has been motivation for others to transform herself physically and spiritually.  She is trying her best to stay focused and not drink alcohol or take drugs and she does need all the support she can get to maintain this new healthy lifestyle.  I'm proud to see she did accomplish her goal losing over 60lbs as others did not think she could.

After finding out about her crime, she was deeply ashamed to even tell me or her friends that she was in trouble.  I was heartbroken at the same time compassionate about her wanting to immediately make amends and make things right.  I saw Lori Ann focus on finding herself and a new outlet.  She started making masks with medical filters when no stores had them. She wanted to make sure her friends and family were safe and she donated free masks to people in need.  She even made one that had a clear plastic on mouth and donated them for free for nurses who had deaf patients.  She self taught herself how to make masks in times of crisis.  When Covid-19 broke out she went out of her way to bring me food and essentials. She did this with her other family and friends who had immune deficiencies. These gestures of kindness shows her true colors and this all happened throughout 2020.  She is the mama bear of our group of friends always looking out for well-being and she's even more loving and supportive towards her children.  She homeschooled her children all year in fear of covid and she only left her home for essentials.  Her children are at an impressionable age and Lori Ann has been raising her kids and praying with them being both mother and father since their dad left.

I can only hope that you find it in your heart to give Lori Ann a second chance at choosing the right path and rewriting the next chapter in her life. She is a human being who came to a cross road and chose the wrong direction but the Beauty of life is that our moral compass is like a GPS that can be rerouted and turned around. Lori Ann deserves the chance to show the world who I know her to be and to do good with the skills and knowledge and all the Love that she has within her.

Respectfully Your,

Melissa Gardiola

**Ina J. Crouch**
**Nurse Care Partner, NCP**
ͅ                    ̄ rive Virginia Beach VA 23464
̄ͅ ̄ ̄ ̄
̓  ̇

Dear Honorable Roderick C Young, United States District Judge:


Thank you for taking the time to read my letter today. I have known Lori Ann Villanueva Talens as a great friend and a godmother to all three of her children for over 15 years.  She is one of my dearest friends and also my roommate. I currently reside with her and have moved in after she told me she got in trouble with the law. I moved in Fall of 2020 to help her share the cost of living as well as her mental support system as she is spiritually family through the eyes of the church.  I was shocked and troubled to hear about her case as I have always known her to be a very upstanding, rational, and solid person.   It is for these reasons that I am happy to write a letter of reference for Lori Ann Villanueva Talens regarding this matter.   I understand the seriousness of this case however, I hope the court will show some leniency.


Lori Ann Villanueva Talens has been an upright character in our community and to her friends and family.  In our friendship, she has always been a very straight forward, loyal friend and has always been there for me, especially when I was sick, first diagnosed with Graves Disease.  She made it clear to me how much she cares for my overall health when it significantly went into a decline.  It was she that put me on a healthy nutritional diet, worked on my overall fitness which gradually helping me increase my strength and wellbeing.   Lori was my main source of emotional, mental, and physical support during those years. I cannot thank her enough or show my appreciation  enough to her for being there for me.


In addition to our friendship, she has been an upstanding member of our community from raising funds and donations for various organizations and reliefs to promoting small time businesses throughout the years.  I personally have assisted her promotional events in which she organized a canned food drive and toys for tots drive with her small business Strategic Marketing and Printing before her and Pacifico got back together. Most of her contributions were given to the Samaritan House as she wanted to give back for them helping her escape an abusive marriage.


Though her abusive husband Pacifico got her pregnant again she yearned for him to rehabilitate and believed he would be a better man when they went to church and she converted to become catholic and renew vows.   Her husband was very emotionally abusive. I saw first hand living with them the manipulation he would do to her to get his way. His greed was never satisfied and he would treat her poorly til he got what he wanted and his demands for her to be a stay at home mom and quit corporate to feed his ego but still wanted to live a lifestyle as if she still worked corporate was not realistic.   Even with me he would threaten me and her and I had to put a

restraining order on him.  In retaliation he pressed fictitious charges on me in hopes I drop the charge which was a repeat of what he did to Lori. He created a false charge to bully her into submission.  I watched her gain weight and slide into depression in 2017 after her grandmother passed away. While it is unfortunate that she has made some bad decisions, thus matters that resulted in this case.  I was shocked to hear of the misconduct, it comes as no surprise that she has been overly cooperative with her activities in this case and is ready to accept responsibility for her actions.    Whenever her husband tried to reveal details she was adamant about confidentiality and would tell him to stop disclosing any info.  That's how dedicated she is to reforming. I believe that as we move forward, she will emerge to be a better person.  She used to cope a lot with drinking and eating cannabis edibles to sleep. Being her massage therapist (as we both went to massage school and worked in chiropractic clinics) I am aware of her chronic paid with her scoliosis and sciatica. I imagined she would cope like her husband has. He turned to smoking and even more alcohol consumption but she decided to do the opposite.  She wanted to change herself and get healthy.  She started working out daily and eating healthier.  She cut out alcohol and lost over 60lbs over the past year. She made a motivational page on social media and even got sponsored by Blink Fitness Gym with a free membership to continue to post her transformation and has motivated so many people to get healthy and to find positivity in the day one day at a time.  Lori Ann Talens has expressed deep sense of remorse in making decisions that lead to this case and I believe in the ability to pay her debt to society. She wants so badly to get back in the work force but with covid, homeschooling her 2 children Leilani age 5, and Enzo age 9, and the abandonment of Pacifico to be and his unwillingness to keep his scheduled visits it was hard for her to work except with my wife. My wife Daniella is a 100% disabled veteran and Lori Ann took it upon herself to become her caregiver.  She was cooking her delicious meals that align with her strict dietary needs that saved us money since she cooks from scratch. Lori Ann's passion for cooking brought her some joy and she felt happy to be needed and appreciated. Since Pacifico left the house has a happier feeling with no more tension.

Lori went out of her way to go the extra mile with caregiving for Daniella by getting certified and taking classes from the United States Veterans Administration and accomplished attaining her certification. She wanted to take the class not only to help my wife but because she comes from strong Filipino roots in which we were raised to take care of our elders.  Lori's father is 71 years old and is a 100% disabled veteran.  She wanted to be able to care for both him and her mom since her mom's health is also deteriorating with her knees and age. When Lori took the class she exceeded and she submerged herself into my wife's medical history. She created a color coded spreadsheet and was able to find some contraindications that we were unaware of in which my wife took over the counter allergy medicine that made her have episodes that we couldn't understand why.  Lori was able to extrapolate that data and symptoms from her daily logging and made an impact on her positively.  She motivated Daniella to get healthy, start eating better and workout.  She also reduced her drinking as well. The end result is my wife lost over 50lbs as well and went from obese to now a normal healthy weight.  With the caregiver programs Lori Ann will have the ability to work from home, take care of her loved ones and immediately start restituting the victims.  Lori has some other job offers as well for marketing and graphics and

sales in which she can work remotely to pay back. Her children were physically abused from their father while he was drunk and they need their mother.  Lori was dedicated and patient homeschooling the children over the past year virtually and I believe she acknowledges her crimes and deeply regrets getting involved. That she can prove to be an asset to the community once again with volunteer work and pay back the victims and raise her children at the same time. She has the mindset, willpower and is capable to pay restitution back faster if she can come back to the workforce and be a caregiver for her family.

I currently work the covid unit, we are on the rise and this new variant is stronger and death tolls are expected to climb.  I see Lori Ann's fear of catching covid and fear her kids might get it and give to her parents as they would assume custody while she is away. Her love for her children and family is unmeasurable and she wants to do anything it takes to keep them all healthy as well as make amends with her crimes.

It is my sincere hope that the court takes this letter into consideration at the time of her sentencing.  Despite the current case, I still believe Lori Ann Talens to be an honorable person, a valuable member of our community, and my family, and a good human being.

Sincerely,
Ina J. Crouch

Signature

Mr. Kristian Martinez                                    Aug.30,2021

Virginia Beach, VA 23453

To whom it may concern:

    My name is Kristian Martinez. I am an Army combat veteran and a friend of Lori Villanueva. I have known her for about 20 years now through mutual friends. After getting out of the Army, I moved back to Virginia and would run into Lori during boxing workouts. Since moving back, we would see each other more often and became closer. I have gotten to know her better as a friend and a mother to her children.

    I am writing this letter to ask for leniency in these tough times. I've always admired her and thought she was a exemplary citizen. She's always pushed me to do better and has set examples as well. She has always been generous and selfless. She provided masks for my family and i during the height of the pandemic as well as donated food and helped numerous fundraisers. I admire her strength and resilience as a single mother to push through an abusive relationship as my mother did. I understand she made a mistake and must make amends. She is ashamed and embarrassed.

    Thank you for your time and hope you can put this into consideration so she can continue to care for her children as soon as possible and continue to be an inspiration for them. Feel free to contact me regarding the validity of this letter.

                  Sincerely,
                  Kristian Martinez

DocuSign Envelope ID: 34B137B0-371B-4B97-8F75-EE9E7FA8AFEE

August 31, 2021

Dear Honorable Roderick C. Young, United States District Judge,

My name is Melody Garcia, first cousin from the paternal side of Lori Ann Villanueva Talens.  One can say I've known her since her childhood. The frequency of our communication varied throughout the years in the busyness of life and living in different states. However, as cousins, there's that family that binds. More recently, I've been that prayer warrior with her over the phone, pointing her in the direction of faith because there's that place where fear has to face the GOD we know.

Lori Ann was a very bright child growing up. Her father is a highly decorated officer of the US Coast Guard who served our country for well over 20 years in many different capacities even past his retirement. Her mother has worked at the naval exchange for as long as I can remember. Her brother has also now joined the Coast Guard to serve our country. Lori Ann was brought up by a decent family not perfect as no one is but loving in their own way. Our family on her paternal side are made up of different professions and one thing I can say is that we have a strong knit of praying women in this family. The matriarch, being our late grandmother who led us all in getting to know GOD.

Lori Ann was thrown in the world of car and bikini modeling when she was just a teenager.  A world of high demands, a world that demanded perfectionism, a world of incredible superficial pressure that I personally believe any teenagers should never be exposed to because of its negative influences and impact in the long run. This type of "modeling" is one of lowest forms almost hovering in the lines of one inch away from being labeled into the pornography industry in the way women and young ladies are depicted. In this industry, you are treated as a commodity over being respected as humanity. This started shaping up Lori Ann's mindset in a way that no 17-year-old should ever be exposed to. I say this boldly, in the world of car imports and bikini modeling, comes the programming of having to literally sell your image in the most toxic ways, cheered on by toxic environment laden with toxic practices. The objectification of women, filled with consumers fueling a spiral down that also challenges the mental health of the individual, in a very competitive environment.  You get to the point as early as mid-20's "you are too old". As someone who represents many forms of humanitarian global advocacy representing many nations, I can see how such environment has impacted her choices and lifestyle. Lori Ann did attain successes and even manage to open a business managing other models as a result. Once that programming has been established, you do attract in your life equally toxic situations.

Lori Ann was married at an early age to her first abusive husband. These abuses came in several forms, physical mental and emotional. She also had a son, whose is now 17 years of age who has been estranged from her by the doings of her first ex-husband. Lori Ann was pretty much the breadwinner of that family. The benefit that modeling had over her for years was her ability to then hide the scars, by putting on the front of being a strong brave intelligent young mother and young wife, imperfect in many directions but tried to paint the perfect family life for her son.

Lori Ann grew up in a household where there was a reverence for materialism, I say this not to condemn her parents but to paint a picture of an environment of standards that became normal.

That first marriage resulted in a very difficult divorce that to this day continues to create havoc in her personal life and create a division with her first born.

DocuSign Envelope ID: 34B137B0-371B-4B97-8F75-EE9E7FA8AFEE

Her second marriage has not fared any better based on the accounts of her personal shares. You do attract what you don't heal. She once again falls in this cycle of mental physical and emotional abuse. She also once again becomes the only solid financial provider for her family and this time now with the total of three children to raise. There was a time of unemployment in her own life but she managed to find a way to get back into the work force be it corporate or entrepreneurial. During the height of the COVID pandemic in 2020, she started producing masks for distribution, that started as a give back then profitability due to costs of materials and labor.

It's easy for anyone to say that if she was that intelligent, then why make a bad decision, in fact a series of bad decisions that lead to all this that is present?  What the court doesn't know, and the court doesn't see is that there is that humanity side of Lori Ann. She was involved indifferent nonprofit engagements. She did try to hide years of pain behind the social media demands of smile of an Instagram lifestyle so everyone assumes life was just perfect.

I see her two younger children a 6-year-old daughter and a 9-year-old son, who will be severely negatively impacted by the imprisonment of both parents. One can say they should have thought of that, but the fact remains they didn't and I know that my cousin is deeply remorseful. She loves her children deeply. That is without question. Lori Ann did her best to provide for them, where their own biological fathers have failed in presence, involvement, provision and love.  Whatever sentence is handed, another generation will be suffering, her children.

I am asking for leniency in consideration of these two young children whose lives will be affected. The separation from their mother offers a different trauma that will impact them long into their adulthood. The abandonment issues, the labels, the list is long with the effects of an absentee parent. Truth be told even with her parents who may be gaining custody of these two young children, is not of the most ideal conditions based on their age and health conditions and the demands of raising two young children.  Her father, being in his 70's and her mother being in her late 60's, both dealing with medical issues. Depending on the sentence receive bodes the question, will they be around for the longevity of when these children are determined to be of "legal age" and self-supported? What then happens to these children should time of imprisonment be lengthy? We know that our own foster care system also has its own challenges and often, more children also suffer in this system. I don't know if house arrest is a possibility along with years of community service. She is a brilliant woman whose talents can be of value to serve community, whether in culinary, entrepreneurship and get the much-needed help in therapy and coaching modulations, instead of years of imprisonment.

I know that in our calls, here is a mother, a cousin and a woman who is deeply remorseful, deeply hurting for what her decisions led her to that created a ripple through the family and she has expressed, with deep fears of the unknown for her own children should the sentencing be of length. I hurt for her and her little ones.

I've started praying with her daily and bringing Kingdom truths to her life to trust in HIM who makes all good things. In my line of work, I have come across an incredible array of individuals whose past decisions should have destroyed them but was given an opportunity at a new chance to right what was wrong and where that beautiful journey has led to. One woman alone, whose years of abuse that stemmed from being violated at the age of 15 which led to toxic relationships for years, found herself in a similar circumstance of facing a 26-year imprisonment sentencing due to a stack of charges, instead she was sentenced to a rehabilitation facility and probation. Who is today is one of the celebrated humanitarians? She formed a nonprofit organization called One Heart for Women and Children, that after 13 years of its operations, serves over 20,000 individuals monthly and has provided 5 million meals. She became such a major contributor to society being rehabilitated instead of being imprisoned for 26 years. This woman was also a single mother who proved that an opportunity to start life fresh was key to

DocuSign Envelope ID: 34B137B0-371B-4B97-8F75-EE9E7FA8AFEE

serving hundreds of thousands because of the compassion she received. She has made the cover of an international magazine, mainstream media news and more as she created a program that gives back to the community whom she once had thought condemned and negated her. The deepest tragedies that became the catalyst for their purpose to serve and love humanity at the deepest level.

I ask that you find it in your heart to offer Lori Ann an opportunity to serve time as minimal or a program that would allow her to be with her children and not only pay what is owed, but rebuild, heal and become another testimony of what compassion can do.

I know based on our calls that she is truly remorseful and deeply hurting as she recognizes the seriousness of the crime she has committed and is going through depression what it has done as consequences of her decisions, while knowing that her time with her children is limited and what she will be missing in their growth, school years, life milestones and moments that cuts deep to her as a mother.  It's hard to exactly understand how she found herself completely wrapped up in criminal activities that spiraled deep but Lori Ann is ready to accept the consequences as a result

I thank you for taking the time to read this this your honor. I thank you for your consideration. I pray GOD moves your heart in the decision you must make. Your role and responsibility are not an easy one Sir, so I pray for everyone in this case, for the family, for the children, and for what's ahead.

Respectfully,

*Melody Garcia*

5AE756E34068470...

Melody Garcia

Dear Honorable Roderick C Young United States District Judge,

My name is Daniella J. Crouch and despite the circumstances for which the letter came to be written I am rather proud to be able to offer a character reference letter of Lori Ann Talens, to whom I've personally known many years, as my personal live-in caregiver, friend, family, and god-mother of my children.

Even before becoming any of what was stated above I found Lori to be a person always there when called and well beyond on time even without being asked. Lori is a polite responsible person just selfless and ever serving. This is a woman who always presented herself to be and in-fact been a family oriented and charitable person.

Upon learning about the case and charges I was surprised and troubled but more importantly concerned. Lori has always been more than the most solid person I know but a pillar and astounding asset to the community and everyone. Unfortunately she's human and she made a mistake resulting in both this case and letter. I respect this court and the fact that Lori was charged for her crime…I respect that she pled guilty. We all have made a mistake, bad decision or two in life. It is not true that your bad choices define who you are, especially not in a permanent and unchangeable way. It doesn't surprise me that she pled guilty and will be standing in front of the court for sentencing but most importantly to take responsibility and be held accountable with a genuinely sorrow filled heart.

It is my sincere and prayer filled hope that the court takes this letter and any other ones that may be written into consideration at the time of Lori's sentencing. Despite the offense/mistake Lori's still a honorable and solid person of good character. She's a valuable asset to the community and us all. I pray for leniency to allow her to come back to the workforce to pay her debts faster. I have faith in you that you will make a compassionate decision. Lori is a very empathetic and trusting caregiver and once released I would definitely hire her again so she can use the income to restitute and pay her dues. She can work from home and focus on her reforms. Prison is for accountability, reflection, rehabilitation and justice to be served. All that's left in my opinion is for some time and penance to be served.

Sincerely,
Daniella J Crouch
Retired Sgt Crouch

Nathaniel Tiuseco

Gunnery Sergeant USMC/Ret.

I

August 27, 2021

Re: Lori Ann Talens

To The Honorable Roderick C. Young

I am writing to you as Lori Ann's boyfriend. I have known Lori Ann since our high school days at Salem high in 94-95. Though we were not close friends in school, we reconnected and increased our platonic friendship over the years through social media in 2010. When I was single and she had separated from her former husband, we communicated more and connected stronger on many levels with our similar interests and hobbies. As we became exclusive, it wasn't long before she was upfront and honest with me about her pending legal issue.  Starting in Dec 2020, we visited each other back and forth between VA and TN, but since her legal travel restriction was applied, we currently spend most of our time living together at her residence, and I travel to TN less than a week a month to take care of my house affairs.

I am writing this letter in respect that Lori Ann pled guilty to a crime; I am writing the letter to offer a fuller picture of her as a person, from my perspective, as the person that spends the most time with her on a day to day basis. Lori Ann's responsibility and caring nature stood out from many I've known in the past. She has been transparent and honest with me since the beginning and we talk about any and all things like a married couple would, since early in our dating relationship.  Knowing about her previous abusive relationships and how she had to rise to take care of her family virtually on her own, gave me much respect for her independence, strong will and desire to succeed in everything that she did.  More qualities that I shared and respected of hers is of her financial responsibility, frugal saving nature and not living paycheck to paycheck as most Americans do. Many make the mistake of relating frugal to being cheap, but Lori Ann is the complete opposite of cheap.  She generously gives

time, money, gifts to others even though it takes from her assets or valuable time. I empathize with her couponing nature to save and how she had to clip for the best deals during the financial crisis of her marriage during their unemployment and his continued waste and embezzlement of their funds. I believe her ex's actions greatly affected her decisions during that period which led her to going down the rabbit hole of counterfeit couponing. I know how regretful she is of those illegal actions that she had control over and is trying to do anything to repay back her debt, repair her reputation and assist the authorities in any way that she can to be a productive positive member of society as she used to be.

Early on, when we would video chat while apart, I would see and hear how her kids would talk to her and how her eldest helped with his younger siblings. Also being Filipino, strong family ties is something I valued, and respected in what I saw of her connection with her family. When divulging my personal health issues and disabilities from decades of military service, It came as no surprise when Lori Ann told me that she had already had certification to be a veteran caregiver. She had already assisted in caring for her current roommate's wife, so we had applied to the Veterans Administration for Lori Ann to be my full time caregiver as well. Lori Ann has devoted many hours to helping me with my personal affairs by doing research and using her expertise to create files and folders assisting me to organize my life. I am certainly not the only one she goes out of her way to assist. She consistently puts others' well being before her own. Even after being rejected by many family, friends and her sons when the news broke, she still does her best to empathize and understand others. She did her best to hide the fact that she was being harassed and cyber bullied and that she was mentally breaking down. She has an ability to communicate her compassion and desire to help through action. Others still reach out to her for help and advice on various things. She motivates others to reach their fitness and nutrition goals, leading by example. She shares her kitchen prowess with my mother, by having her over to share ideas and trade cooking experiences. As mundane or childish as it may seem, Lori Ann even moderates online groups for our actual friends out of the local area, to help achieve our common goal of 'catching them all' on the Pokemon Go virtual phone game. Friends of hers also know of these selfless qualities and those that were put in the know of some of the finer details of her legal issues, have reached out to assist in financial ways and otherwise.

Thank you in advance for your valuable time. It is my sincere hope that the court takes this letter into consideration for maximum leniency. Despite the current case, I still believe Lori Ann to be an honorable individual, a valuable member to the community, an amazing mother and a good human being. She has been doing what she can to right her wrongs and she has been completely distressed, truly remorseful for errors in judgement and has had trouble sleeping every night over it. She had a promising job lined up with the owner very excited to hire her then was let go once the news was out about the case. She also had to turn down another huge job opportunity due to her travel restrictions. Worse than losing great job offers, I fear the worst for her children who love and depend on her for so much. I saw firsthand how distraught how her son Enzo, 9, was upon recently finding out about the legal

troubles of his parents.  She has increased her daily prayers in sorrow and asking God for forgiveness and mercy, and I am asking the courts for their mercy, not just for Lori Ann, but the countless others that will be severely impacted by her absence.  I am available to confirm the facts in this letter as necessary.


Sincerely,


Nathaniel Tiuseco

Tricia Anne Orpilla
Asian Pacific Heritage Association of Hampton Roads President

⁀ ⁀ irginia Beach,VA 23464


August 25,2021

Dear Honorable Roderick C Young United States District Judge,

I am Tricia Anne Orpilla, a community leader in both the Asian
and Pacific community. I have known Lori Ann Talens for over
20 years. She and I have worked on various events throughout
the past 2 decades and she has helped volunteered with the
Asian Fest that I organize. We met over 20 years ago when she
was organizing a car show event in Virginia.  She organized 3
successful car shows in Richmond convention center, Norfolk
scope, and Virgina Beach convention center in her early 20s.
 She has always had the drive to work hard when she is focused
on her work. People would say her aspirations to have a car
show in Virgina Beach convention center was far fetched but she
was able to build up and successfully have the event in less than
a 2 years and it was a success with over 10,000 paid spectators
in which she traveled and promoted all over the country for
bringing in auto enthusiasts and travelers into our city at the age
of 22 years old.

Lori Ann Talens, is a hard worker and made networking her
passion.  She strived to help others succeed and referred people
and businesses in all aspects of life. She was even featured in the
Virginia Pilot in 2014 on the cover of the Business section
spotlighting her success with her business and car competing.
 Lori Ann is also a good mother. I see her posting so many
delicious meals from scratch on her social media.  She loves
cooking for her children and even cooks and bakes food for her
two dogs.  She talks and posts about how she loves cooking and
would rather save money and cook from home than eating out.
I have seen her become successful in things that she put work
into and have seen her caring ways and motherly love with her
children. As a friend, Lori was one of the first people who came
to me the day my husband passed away to comfort me. She was
there for me and I really appreciated her for coming to console
me.
It brought her a lot of courage and great shame to let me know

about her crimes as we all were shocked to see it in the news.
She has worked so hard and done so many successful
accomplishments in her career and the community that was
admired and appreciated by many and now her reputation is
stained from her criminal mistakes.  Many have turned their
back on her yet the people who know her genuine nature stand
by her side giving her moral support knowing she truly regrets
her actions and she is determined to bring honor back to her
name.  The sorrow she feels is great and even though she is in
pain daily she still finds a way to motivate others. She always
tries to find a way to smile and be thankful for the day.  She has
chosen to better herself and become healthy.  Many times she
asks me to workout with her and to be honest I commended her
and she motivated me as well to be healthy for me and my
family.

Most would probably duck their head down and hide if in her
place but she glows as if she has been freed from her dark
chapter ready to be who she once was. Strong and healthy and
on a righteous path to make things right with her mistakes and
give back to the community.
I believe that her mistake does not define her.  She gave me the
gift of her time and friendship when my husband passed away
and she brought me food and supplies for my family to make
sure I'm ok and she visited regularly.  We have a closer
friendship and I know that just like before as people would
doubt her ability to before, that if given the chance she will
succeed in making a difference and help the companies and
victims. If you give her the opportunity to, she will work
diligently and over exceed expectations just like she has done in
the past. She strives to win awards and she will push hard to
make you proud and not regret giving her leniency and an
opportunity to quickly start back in the workforce. She has zero
interest in reverting to her past. She has let go of everything
toxic including her husband.  I have faith you will make a wise
decision and can only hope for compassion when doing so.  She
has risen from two abusive marriages and she has found strength
in God. She continues to motivate others that people can
transform to who they want to be and she is very humbled by
this experience.

Please feel free to contact me if you have any questions

Sincerely,

Tricia Anne Orpilla

Asian Pacific Heritage Association of Hampton Roads President

Honorable Roderick C. Young United States District Judge,

 I first met Lori in my early twenties, July 2003. My mother owned a hair salon in Virginia Beach and did Lori's hair as my mom was very close to her family . When Lori was getting married my mom was a sponsor  (supporter) of her wedding . Lori has always held herself with such dignity and grace that it was no surprise she handled many of life's trials and tribulations as well as she did. Sadly,  her first was very abusive and the marriage ended but  she maintained a very harmonious life style with her eldest son , raising him with manners , devotions , cooking , cleaning and attending to his needs while teaching him compassion .

 As her life moved forward a new hope was sparked with love to her second husband . Together they brought two wonderful additions into the world thus making a family of five . With determination she worked , maintained the house all while tending to the ever changing worlds of their children.

 As a single mom Lori has balanced a stable home life for herself and the children , continued her education , donated to many organizations that serve our home communities and has been committed to developing herself further as a care-giver registered with the Veterans Association of  Health .

 In cultural tradition with my  mom being a sponsor of her wedding to her first husband that automatically appointed her as Lori's god mother and we became god sisters.  After that I took over as Loris hairstylist and a acquaintance godsister relationship turned to friendship to best friends and now looked upon as family since we spent  time together whenever we could and can to this days.
Years after , when my mom was diagnosed with cancer Lori helped care for her as to give myself a break to mentally compose myself and to gather myself so I could stay strong for my mom during her time's of need and so I could tend to my family that consisted of a husband and two school aged children .

 Lori made certain that compassion fatigue would not set in , during these time's she would often come over and give my mom  massages as gifts of love and would bring meals to her home and would help promote the small business my mom had started that is still ongoing after 33 years in business as I was stretched quite thin with time management .

 Moreover , I acknowledge the crimes she committed and I faced her with care, concern and sternness . I do know she is extremely remorseful and if given the opportunity she will flourish within the community and within her family  as she has over the past few months teaching morals to her children and others while being a certified caregiver . She hasn't always been "this person" that she is charged with. Her guilt and acts of remorse show daily  as a reformed human.

 Your honor , before the crimes she committed caught up to her she was performing  many Good Samaritan deeds such as participating in various charity food drives, fundraising for charity, steadily attending church, teaching her children the Godly way based off of Christian fundamentals. Lori would feed the homeless by donating time  at shelters and when time allowed would help counsel or act as a mediator with friends facing troubling times.

 In closing , she hasn't had an easy life coming from abusive marriages . She harbors a lot of guilt , as we all do with things we have done or choices we have made . I stand firm with knowing this , by far is an isolated tragedy she will live with day after day . I do , with the utmost respect, Your  Honor agree and I respect that Lori has plead guilty of these crimes.  As a 15 year First Responder , I respect the criminal justice system . My intention with writing this

letter was to offer you a more complete picture of who Lori is as a person, not just the crimes she is guilty of .

　　If you have any questions and would like to talk personally in more detail , I can be reached at (757)　　　　　I am scheduled for surgical intervention involving my neck and spine on Tuesday, September 7 and will not be available that day or the day after as I will be learning how to manage after the procedure .

As Always ,

I Remain,

Respectfully Yours,

Wendi Dunlo Ambrose

Virginia Beach, Virginia 23462



EnJewel

August 29, 2021

Virginia Beach, VA  23452

**Honorable Roderick C, Young, United States District Judge**
Virginia Beach, VA  23456

Your Honor:

I am writing you as a character reference of my dear friend, Lori Villanueva.

Lori and I have been friends for more than 10 years.  Lori has shared with me her case and the possible outcomes in court.   But, if I may, I would like to share with you the woman and mother I know and truly care about.

I believe that Lori is remorseful of her lapse in judgement. Lori is a woman of strength and acknowledges that she will have to rebuild her character of integrity with people she mostly cares about – her family and friends.

I am the founder and president of the not for profit, EnJewel, an organization that fights against domestic abuse and human trafficking.  The one common factor I see – is the mother's love for their children.  I see this fight In Lori in the many collaborated projects we have done together.   As a female minority, she has had to build a tough shell to work in the many jobs throughout her career.  Once you dig deep beneath that shell, you will find a loving and caring person.  She is a leader and mentor to many.  There are only a few people you will find that can work with so many demographics – age, gender or race – unless you have the experience and personality like Lori.  You can count on her and she will have your back.  It's amazing how she juggles her work load and to raise her incredible children.  She has had her personal struggles, but you wouldn't know it.  Her tough shell allows her to be that great leader at work and the loving mom at home. I wish I had more woman volunteers like her in projects that we do that impact community.  Whether it's fundraising, finding good media followers or having the compassion to hold on to a child until we can find a safe sanctuary – Lori is there.

I ask that you consider leniency in Lori's court case.   I believe Lori has helped so many people find their safe sanctuary– hope that Lori is given that same chance. Lori is a model citizen – it is my hope that you take this into consideration.

Sincerely,

Naomi Estaris

juulgo

PH

_ PH...mpoo.com

August 29, 2021

!
Virginia Beach, VA  23462

**Honorable Roderick C. Young, United States District Judge**
Virginia Beach, VA  23456

Your Honor:

I am writing you to urge leniency in the sentencing of my friend, Lori Villanueva.

I have known Lori for more than 10 years.  I am very much aware of her actions that she is being convicted of – but I would like to share with you a perspective of the person I know and care about.

I believe that Lori is remorseful of her ill will and bad judgement.  I understand that she is being very cooperative and doing whatever is necessary.   Lori has shared her wrong-doing and that she knows that she will have to work hard to bring back the character of integrity that she once had – which she is most known for and painfully acknowledges that this is so hard to rebuild amongst her family and friends.

As a business owner of a travel agency and also a director of our Philippine American Chamber of Commerce of Virginia, I know Lori through many service projects that we have done together collaborating in her jobs such as Windstream and AT & T to help give back to our community in Hampton Roads.  In each of these projects Lori showed a passion to help not because of her position with these companies but because she was giving from her heart.  One compelling project that comes to mind – is our fight to help with the people of Leyte, Philippines – most known as Project Typhoon Haiyan.  In less than 2 weeks, we assembled our community and created small media events that led to our key event at Granby Theater.  In two short weeks, we were able to raise over $50,000.  This is through relationships that were built over time and because of hard work and tenacity – we were able to make this a reality.

I ask that you consider leniency in Lori's sentencing.  I believe in giving people second chances – hope that Lori is given that chance.  Lori is a model citizen – it is our hope that your consideration will allow her to continue in giving of her passion – in helping others.

Sincerely,

Roy Estaris