IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Norfolk Division

SEP 1 4 2021

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 2:21CR39 |
| ) | |
| LORI ANN TALENS, ) | |
| ) | |
| *Defendant*. ) | |

## RESTITUTION ORDER

1. Pursuant to 18 U.S.C § 3663A(a)(1), the defendant is ordered to pay restitution in the amount of **$31,864,089.94**, jointly and severally with Pacifico Talens, 2:19CR39; and any other defendant to the extent they are ordered to pay restitution for the same losses to the victims listed in Attachment A to this Restitution Order.

2. The amount of restitution paid to any victim, collectively, shall not exceed the victim's loss from the offenses of conviction.

3. The victims' names, addresses, and respective total loss amounts are listed in Attachment A to this Restitution Order.

4. Interest:

    ✓ is waived.

    _____ accrues as provided in 18 U.S.C § 3612(f).

5. Notwithstanding any other provision of this Restitution Order or the sentence imposed, including the directive to make periodic payments, restitution is due in full and payable immediately from assets known and unknown and including assets identified in the Presentence Report. The Government may enforce restitution at any time.

18. If incarcerated, the Court encourages the defendant to participate in the Bureau of Prisons' Inmate Financial Responsibility Program, to comply with the provisions of the financial plan, and to meet the defendant's financial obligation, pursuant to 28 C.F.R. § 545.10-11.

19. If restitution is not paid in full immediately, the defendant shall pay to the Clerk at least $_____ per month or 25 percent of net income, whichever is greater, beginning 60

days after release from any period of confinement, or 60 days after sentencing if no confinement is imposed.

20. All payments shall be made to the Clerk of Court, United States District Court, 600 Granby Street, Norfolk, Virginia 23510-1811.

21. Within 30 days of (a) any change of name, residence, or mailing address; and/or (b) any material change in economic circumstances that affects the ability to pay restitution, the defendant shall notify the Clerk of Court and the United States Attorney's Office, Financial Litigation Unit, 8000 World Trade Center, Norfolk, Virginia 23510.

22. No delinquent or default penalties will be imposed except upon Order of the Court.

23. The Clerk of Court shall distribute the funds to the victims on a pro rata basis. The Clerk may withhold distribution of any restitution amounts until the sum available for restitution to each victim is at least $25.00

_____
Honorable Roderick C. Young
United States District Judge

ENTERED this _____ day of August 2021.

at Norfolk, Virginia

WE ASK FOR THIS:

Raj Parekh
Acting United States Attorney

_____
Joseph Kosky
Assistant United States Attorney
United States Attorney's Office
101 West Main Street, Suite 8000
Norfolk, Virginia 23510
Telephone (757) 441-6331
Email: Joseph.Kosky@usdoj.gov

SEEN AND AGREED:

_____
Lori Ann Talens
Defendant

_____
Lawrence H. Woodward, Jr.
223 East City Hall Avenue
317 30th Street
Virginia Beach, Virginia 23451
Telephone – 757-671-6047
Email: lwoodward@srgslaw.com

2

## Restitution Judgment Attachment A

*U.S. v. Lori Ann Talens*, 2:21cr39

| VICTIM | TOTAL LOSS |
|---|---|
| **3M**<br>2501 Hudson Rd.<br>Maplewood, MN 55144 | $416.00 |
| **Abbott Nutrition**<br>2900 Easton Square Place<br>Columbus, OH 43219 | $6,013.79 |
| **ACCO Brands USA, LLC**<br>4751 Hempstead Station Dr.<br>Kettering, OH 45429 | $414.00 |
| **Alcon Laboratories**<br>6201 South Freeway<br>Fort Worth, TX 76134 | $507,552.00 |
| **Almond Breeze**<br>1802 C Street<br>Sacramento, CA 95811 | $ 12,220.78 |
| **Alpo**<br>1 Checkerboard Square 4T<br>St. Louis, MO 63164 | $80.00 |
| **Barilla America**<br>885 Sunset Ridge Rd.<br>Northbrook, IL 60062 | $2,305.73 |
| **Bayer Healthcare, LLC**<br>100 Bayer Blvd.<br>Whippany, NJ 07981 | $184,023.00 |
| **Beiersdorf, Inc.**<br>45 Danbury Road<br>Wilton, CT 06897 | $160,513.03 |
| **Beyond Meat**<br>119 Standard St.<br>El Segundo, CA 90245 | $5.00 |
| **BIC USA, Inc.**<br>1 BIC Way, Suite 1<br>Shelton, CT 06484 | $70,185.00 |
| **Blue Diamond**<br>1802 C Street<br>Sacramento, CA 95811 | $150.00 |
| **Boardwalk Frozen Treats**<br>10 Woburn St.<br>Lexington, MA 02420 | $108.00 |
| **Bob Evans & Crystal Farms**<br>8200 Walton Parkway<br>New Albany, OH 43054 | $62.86 |
| **Boots Retail USA, Inc.**<br>40 Wall St., 22nd Floor<br>New York, NY 10005 | $325.00 |
| **Bubba Burger**<br>4339 Roosevelt Blvd., Suite 400<br>Jacksonville, FL 32210 | $502,907.98 |

## Restitution Judgment Attachment A

*U.S. v. Lori Ann Talens,* 2:21cr39

| | |
|---|---:|
| **Bumble Bee**<br>8 Min Chuan 2nd Road 28th Floor<br>Chien Chen District<br>Koahsiung, 806515 Taiwan | $320.00 |
| **Butterball, LLC**<br>1 Butterball Lane<br>Garner, NC 27529 | $385.00 |
| **Campbell Soup Company**<br>1 Campbell Place<br>Camden, NJ 08103 | $155,941.00 |
| **Challenge**<br>6701 Donlon Way<br>Dublin, CA 94568 | $2,070.00 |
| **Chattem, Inc.**<br>55 Corporate Drive<br>Mailstop 55B-200<br>Bridgewater, NJ 08807 | $5,855.00 |
| **Chicken of the Sea International**<br>2150 East Grand Avenue<br>El Segundo, CA 90245 | $52,217.21 |
| **Church & Dwight**<br>Princeton South Corporate Park<br>500 Charles Ewing Boulevard<br>Ewing, NJ 08628 | $1,586,953.75 |
| **Clorox Services Company**<br>4900 Johnson Drive<br>Pleasanton, CA 94588 | $1,027,949.76 |
| **Coca-Cola**<br>3003 Oake Road<br>Walnut Creek, CA 94597 | $544,940.41 |
| **Colgate-Palmolive Company**<br>300 Park Ave.<br>New York, NY 10022 | $344,144.33 |
| **Combe, Inc.**<br>1101 Westchester Ave.<br>White Plains, NY 10604 | $224.00 |
| **Conagra Foods Rdm, Inc.**<br>222 West Merchandise Mart Plaza, Suite 1300<br>Chicago, IL 60654 | $107,218.22 |
| **Crayola, LLC**<br>2501 McGee Trafficway, #339<br>Kansas City, MO 64108 | $452,040.22 |
| **Dannon**<br>100 Hillside Avenue<br>White Plains, NY 10603 | $8,599.05 |
| **Deans**<br>2711 N Haskell Ave.<br>Dallas, TX 75204 | $7,465.42 |

## Restitution Judgment Attachment A

*U.S. v. Lori Ann Talens, 2:21cr39*

| | |
|---|---|
| **Del Monte Foods, Inc.**<br>3003 Oak Road<br>Walnut Creek, CA 94597 | $5,115.15 |
| **Diageo America**<br>801 Main Avenue<br>Norwalk, CT 06851 | $5,194.80 |
| **Dole**<br>One Dole Drive<br>Westlake Village, CA 91362 | $267.00 |
| **Domino Foods, Inc.**<br>121 Woodview Dr.<br>Orwigsburg, PA 17961 | $69,595.22 |
| **Dr. Pepper Snapple Group**<br>6425 Hall of Fame Lane<br>Frisco, TX 75034 | $149,403.78 |
| **Duracell**<br>14 Research Drive<br>Bethel, CT 06801 | $94.50 |
| **Duraflame**<br>2879 Saint Rose Parkway Suite 20<br>Henderson, NV 89052 | $7,875.75 |
| **Edgewell**<br>6 Research Drive<br>Shelton, CT 06484 | $123,986.56 |
| **Eggland's Best LLC**<br>70 East Swedesford Road, Suite 150<br>Malvern, PA 19355 | $191,687.79 |
| **Elmer's**<br>6655 Peachtree Dunwoody Road NE<br>Atlanta, GA 30328 | $202.00 |
| **Energizer**<br>3001 Deming Way<br>Middleton, WI 53562 | $43,284.72 |
| **Envirocon Technologies, Inc.**<br>3601 S. Congress Ave., Suite G-600<br>Austin, TX 78704-7250 | $137.00 |
| **Essentia Waters**<br>1 Checkerboard Square<br>St. Louis, MO 63102 | $1,195.00 |
| **Ferrero USA**<br>7 Sylvan Way, 4th Floor<br>Parsippany, NJ 07054 | $170,748.87 |
| **Fiji**<br>11444 W Olympic Blvd, 2nd Floor<br>Los Angeles, CA 90064 | $24,315.12 |
| **Fresh Mark, Inc.**<br>1888 Southway St. SW<br>Massillon, OH 44646 | $40.00 |

## Restitution Judgment Attachment A

*U.S. v. Lori Ann Talens*, 2:21cr39

| | |
|---|---|
| **Frito-Lay**<br>555 West Monroe Street, Ste. 11-2<br>Chicago, IL 60661 | $786,346.97 |
| **General Mills, Inc.**<br>1 General Mills Boulevard<br>Golden Valley, MN 55426 | $158,908.15 |
| **Georgia-Pacific Consumer Products, LP**<br>133 Peachtree Street NE<br>Atlanta, GA 30303 | $337,421.71 |
| **GlaxoSmithKline Consumer Healthcare**<br>184 Liberty Corner Road<br>Warren, NJ 07059 | $9,597.00 |
| **Harvest Hill Beverage Company**<br>1 High Ridge Park<br>Stamford, CT 06905 | $1,542.00 |
| **Hasbro**<br>1027 Newport Avenue<br>Pawtucket, RI 02862 | $39,149.79 |
| **Heineken**<br>360 Hamilton Avenue, Suite 1103<br>White Plains, NY 10601 | $210.00 |
| **Henkel Corporation**<br>200 Elm Street<br>Stamford, CT 06902 | $1,754,062.57 |
| **Hershey's**<br>19 East Chocolate Avenue<br>Hershey, PA 17033 | $323,261.34 |
| **Hormel Foods Corporation**<br>1 Hormel Place<br>Austin, MN 55912 | $295,323.17 |
| **Hostess Brands**<br>7905 Quivira Rd.<br>Lenexa, KS 66215-2732 | $3,985.00 |
| **Huhtamaki**<br>9201 Packaging Dr.<br>De Soto, KS 66018 | $541.00 |
| **Irving Consumer Products, Inc.**<br>25 Burlington Mall Rd.<br>Burlington, MA 01803 | $225.00 |
| **J & J Snack Food Corp.**<br>6000 Central Highway<br>Pennsauken, NJ 08109 | $84,166.67 |
| **Johnson and Johnson Consumer, Inc.**<br>199 Grandview Road<br>Skillman, NJ 08558 | $573,078.67 |
| **Johnsonville**<br>P.O. Box 906<br>Sheboygan Falls, WI 53085 | $70,511.31 |

## Restitution Judgment Attachment A

*U.S. v. Lori Ann Talens*, 2:21cr39

| | |
|---|---|
| **Just Born** <br> 1300 Stefko Boulevard <br> Bethlehem, PA 18017 | $366.00 |
| **KAO USA Inc.** <br> 2535 Spring Grove Ave. <br> Cincinnati, OH 45214 | $8,078.01 |
| **Kellogg Company** <br> 1 Kellogg Square <br> Battle Creek, MI 49016 | $112,685.37 |
| **Keurig Dr. Pepper** <br> 6425 Hall of Fame Lane <br> Frisco, TX, 75034 | $86,849.36 |
| **Kimberly-Clark Corporation** <br> 2100 Winchester Road <br> Neenah, WI 54956 | $8,999,717.02 |
| **King's Hawaiian** <br> 19161 Harborgate Way <br> Torrance, CA 90501 | $36,681.73 |
| **L. Perrigo Company** <br> 490 Eastern Ave. <br> Allegan, MI 49010 | $216.00 |
| **Land O'Lakes** <br> 4001 Lexington <br> Arden Hills, MN 55126 | $35,609.20 |
| **Lindt** <br> One Fine Chocolate Place <br> Stratham, NH 03885 | $73,528.00 |
| **L'Oreal USA, Inc.** <br> 501 West 30th Street <br> New York, NY 10001 | $12,340.08 |
| **Markwins International Corporation** <br> New York, NY 10001 <br> City of Industry, CA 91789 | $4,460.00 |
| **McKee Foods Corp.** <br> 10260 McKee Road <br> P.O. Box 750 <br> Collegedale, TN 37315 | $183,150.00 |
| **Mondelez Global, LLC** <br> 100 Deforest Avenue <br> East Hanover, NJ 07036 | $27,327.50 |
| **Monopoly** <br> 1027 Newport Avenue <br> Pawtucket, RI 02862 | $274.91 |
| **Monster** <br> 1 Monster Way <br> Corona, CA 92879 | $42,047.50 |
| **Nestle** <br> 1 Checkerboard Square 4T <br> St. Louis, MO 63164 | $182,340.56 |

## Restitution Judgment Attachment A

*U.S. v. Lori Ann Talens,* 2:21cr39

| | |
|---|---|
| **Newell Brands**<br>6655 Peachtree Dunwoody Rd.<br>Atlanta, GA 30328 | $80.00 |
| **Oberto Sausage Company**<br>7060 Oberto Drive<br>Kent, WA 98032 | $94,602.67 |
| **Ocean Spray Cranberries Inc.**<br>1 Ocean Spray Drive<br>Lakeville-Middleboro, MA 02349 | $1,236.00 |
| **On-Cor Frozen Foods**<br>1225 Corporate Boulevard<br>Aurora, IL 60505 | $112.00 |
| **Ornua Foods North America Inc.**<br>1007 Church St, Suite 800<br>Evanston, IL 60201 | $210.00 |
| **Paper Mate**<br>6655 Peachtree Dunwoody Road NE<br>Atlanta, GA 30328 | $144.00 |
| **Pepsi-Cola Company**<br>555 West Monroe Street, Ste. 11-2<br>Chicago, IL 60661 | $238,492.87 |
| **Perdue Foods, LLC**<br>31149 Old Ocean City Road<br>Salisbury, MD 21804 | $227,641.80 |
| **PetIQ, LLC**<br>10077 S. 134th St.<br>Omaha, NE 68138 | $90,774.00 |
| **Philip Morris**<br>6601 West Broad Street<br>Richmond, VA 23230 | $4,815.00 |
| **Pilot**<br>3855 Regent Boulevard<br>Jacksonville, FL 32224 | $20.00 |
| **Post Consumer Brands, LLC**<br>20802 Kensington Boulevard<br>Lakeville, MN 55044 | $2,135.98 |
| **Powerade**<br>3003 Oake Road<br>Walnut Creek, CA 94597 | $182.00 |
| **Prairie Farms Dairy, Inc.**<br>3744 Staunton Rd.<br>Edwardsville, IL 62025 | $47,237.73 |
| **Prestige Consumer Healthcare Inc.**<br>660 White Plains Rd., #250<br>Tarrytown, NY 10533 | $3,679.95 |
| **Procter & Gamble**<br>1 P&G Plaza TN4-371<br>Cincinnati, OH 45202 | $2,862,514.22 |

## Restitution Judgment Attachment A

*U.S. v. Lori Ann Talens*, 2:21cr39

| | |
|---|---|
| **Purina**<br>1 Checkerboard Square 4T<br>St. Louis, MO 63164 | $1,130.96 |
| **Quaker**<br>555 West Monroe Street, Ste. 11-2<br>Chicago, IL 60661 | $257,759.66 |
| **Ragu**<br>1661 Feehanville Drive, Suite 200<br>Mount Prospect, IL 60056 | $1,057.00 |
| **Reckitt Benkiser**<br>2400 West Lloyd Expressway<br>Mail Stop B-630<br>Evansville, IN 47721 | $139,541.94 |
| **Reynolds**<br>1900 West Field Court<br>Lake Forest, IL 60045 | $571,815.68 |
| **Riviana Foods, Inc.**<br>2777 Allen Parkway, Suite 1500<br>Houston, TX 77019 | $22,163.01 |
| **Rubbermaid**<br>6655 Peachtree Dunwoody Road NE<br>Atlanta, GA 30328 | $780.00 |
| **Sabra**<br>777 Westchester Ave., FL 3<br>White Plains, NY 10604-3520 | $25,699.85 |
| **Saputo Cheese USA Inc.**<br>One Overlook Point, Ste. 300<br>Lincolnshire, IL 60069 | $83,616.00 |
| **Sara Lee Frozen Bakery, LLC**<br>1 Tower Lane, Ste. 600<br>Oakbrook Terrace, IL 60181 | $71.91 |
| **SC Johnson**<br>550 W Washington Blvd, Suite 1400<br>Chicago, IL 60661 | $79,452.50 |
| **Schwan's**<br>8500 Normandale Lake Boulevard<br>Bloomington, MN 55437 | $5.00 |
| **Schwan's Company**<br>8500 Normandale Lake Boulevard<br>Bloomington, MN 55437 | $71,420.44 |
| **Scrubbing Bubbles**<br>550 W Washington Blvd, Suite 1400<br>Chicago, IL 60661 | $26,596.00 |
| **Seaboard Foods, LLC**<br>9000 67th Street, Suite 200<br>Shawnee Mission, KS 66202 | $525.00 |
| **Sharpie**<br>6655 Peachtree Dunwoody Road NE<br>Atlanta, GA 30328 | $116.00 |

## Restitution Judgment Attachment A

*U.S. v. Lori Ann Talens*, 2:21cr39

| | |
|---|---|
| **Skintimate**<br>533 Maryville University Dr.<br>St. Louis, MO 63141 | $7.50 |
| **Smart Water**<br>3003 Oake Road<br>Walnut Creek, CA 94597 | $107,091.70 |
| **Smithfield**<br>200 Commerce St.<br>Smithfield, VA 23430 | $409,601.62 |
| **Solo**<br>150 S. Saunders Rd.<br>Lake Forest, IL 60045 | $23,845.82 |
| **Tata Global Beverages US**<br>155 Chestnut Ridge Road<br>Montvale, NJ 07645 | $28,024.62 |
| **The Blue Buffalo Company**<br>1 General Mills Boulevard<br>Golden Valley, MN 55426 | $120,555.56 |
| **The Freshpet Co. / Professor Connors**<br>400 Plaza Drive, Suite 100<br>Secaucus, NJ 07094 | $669.66 |
| **The Kraft Heinz Company**<br>200 E. Randolph Street<br>Chicago, IL 60601 | $256,110.70 |
| **Turkey Hill**<br>2601 River Road<br>Conestoga, PA 17516 | $52.00 |
| **Tyson Shared Services, Inc.**<br>400 South Jefferson Street<br>Chicago, IL 60607 | $798,756.70 |
| **Unilever**<br>700 Sylvan Avenue, C1<br>Englewood Cliffs, NJ 07632 | $2,578,981.76 |
| **V8**<br>1 Campbell Place<br>Camden, NJ 08103 | $32,707.43 |
| **Vitafusion**<br>Princeton South Corporate Park<br>500 Charles Ewing Boulevard<br>Ewing, NJ 08628 | $70.00 |
| **White Castle Food Products, LLC**<br>555 W Goodale St.<br>Columbus, OH 43215 | $277,832.00 |
| **Windex**<br>550 W Washington Blvd, Suite 1400<br>Chicago, IL 60661 | $76.00 |
| **Wonderful Pistachios**<br>11444 West Olympic Blvd.<br>Los Angeles, CA 90064 | $131,614.69 |

## Restitution Judgment Attachment A

*U.S. v. Lori Ann Talens,* **2:21cr39**

| | |
|---|---:|
| **Ziploc**<br>550 W Washington Blvd, Suite 1400<br>Chicago, IL 60661 | $1,415,619.73 |
| **Supplemental Nutrition Assistance Program (SNAP)**<br>Virginia Beach Circuit Court Clerk<br>2425 Nimmo Parkway<br>Virginia Beach, VA 23456 | $7,538.00 |
| **Virginia Medical Assistance Program (Medicaid)**<br>Attn: Randall L. Clouse<br>202 N. 9th Street<br>Richmond, VA 23219 | $38,554.89 |
| **TOTAL** | $31,864,089.94 |